| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 1:23-CR-00064(1) - RP |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of Texas | DIVISION Austin |
|---|---|---|
| Jack William McQuestion<br>442 Park Court<br>Hartland, Wisconsin 53029 | NAME OF SENTENCING JUDGE Robert Pitman, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/30/2024 | TO 5/29/2027 |

**OFFENSE**

Count 1: Impersonating A Federal Officer, in violation of 18 U.S.C. § 912
Count 2: Stalking, in violation of 18 U.S.C. § 2261a

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Support of family.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of Wisconsin   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/26/2024
*Date*                                *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Wisconsin

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                *United States District Judge*